The Honorable Thomas T. Glover
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re<br><br>HUEY AND FONG TRUST,<br><br>               Debtor.<br><br>―――――――――――――――――<br><br>HUEY AND FONG TRUST,<br><br>               Plaintiff,<br><br>vs.<br><br>CEF FUNDING, L.L.C.<br><br>               Defendants. | Case No. 09-18298 TTG<br><br><br><br><br><br>Adversary No. 09-01604-TTG<br><br><br>WITHDRAWAL OF ATTORNEY |

      PLEASE TAKE NOTICE that Cynthia A. Kuno formerly of Crocker Kuno PLLC withdraws as an attorney for debtors herein. This withdrawal of attorney will be effective immediately.

      DATED this 25th day of June 2010.

                                          */s/ Cynthia A. Kuno*
                                          Cynthia A. Kuno, WSBA #17217
                                          Withdrawing Attorney

WITHDRAWAL OF ATTORNEY- 1